

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 08-21790-CIV-MORENO

LINDA CLARK,

    Plaintiff,

vs.

STATE OF FLORIDA, Department of Children
and Families,

    Defendant.
_____/

### ORDER DISMISSING CASE FOR LACK OF JURISDICTION

THIS CAUSE came before the Court upon the Plaintiff's Removal of a Case from State Court **(D.E. No. 1)**, filed on **June 23, 2008**.

THE COURT has considered the removal notice and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the case is DISMISSED for lack of jurisdiction. Plaintiff is attempting to remove a state court dependency proceeding instituted by the State of Florida Department of Children and Families. It appears from the notice of removal that the State is in the process of terminating Plaintiff's parental rights over her three children. The state courts have exclusive jurisdiction over dependency proceedings. § 39.013, Fla. Stat. (2008) ("The circuit court has exclusive original jurisdiction of all proceedings under this chapter, of a child voluntarily placed with a licensed child-caring agency, a licensed child-placing agency, or the department, and of the adoption of children whose parental rights have been terminated under this chapter."). This federal Court has no jurisdiction to adjudicate this dispute. There is no other discernable basis for federal

jurisdiction in Plaintiff's removal notice. Accordingly, the Court dismisses the case under Federal Rule of Civil Procedure 12(b)(1).

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of July, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel and Parties of Record